IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FABIAN JONES and JERMAINE HALL<br><br>    Defendants. | 8:13CR411<br><br>ORDER |

This matter is before the Court on plaintiff's motion for dismissal without prejudice (Filing No. 46) of the indictment against defendants FABIAN JONES and JERMAINE HALL. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for dismissal is granted. The indictment against FABIAN JONES and JERMAINE HALL is dismissed without prejudice.

Dated this 13th day of February, 2014.

BY THE COURT:

s/ Joseph F. Batallion
United States District Court Judge